UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSE BONILLA RODRIGUEZ** | * | **CASE NO.: 2:23-cv-2024** |
| | * | |
| *Plaintiff*, | * | |
| | * | |
| **VERSUS** | * | **JUDGE: JAY C. ZAINEY** |
| | * | |
| **CODY W. BARNUM, INTEGRATED TECHNOLOGY, FIRST LINE UTILITIES, INC., PROGRESSIVE EXPRESS INSURANCE COMPANY AND ABC INSURANCE COMPANY** | * * * * * | **MAGISTRATE: KAREN WELLS ROBY** |
| *Defendants*, | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DEFAULT DEFENDANT, INTEGRATED TECHNOLOGY

NOW INTO COURT through undersigned counsel, comes Plaintiff, Jose Bonilla Rodriguez, who hereby moves this Honorable Court for a default judgment against Defenant, Integrated Technology, pursuant to Federal Rule of Civil Procedure 55.

WHEREFORE Plaintiff prays this Honorable Court deem Plaintiff's Motion to Default Defendant, Integrated Technology, good and sufficient and after review of Plaintiff's Motion and Memorandum in Support this Honorable Court enter a default judgment against Integrated Technology and for any and all costs, fees, interest and expenses associated with the preparation and filing of the motion.

Respectfully submitted,

*[signature]*

_____
**IRPINO, AVIN & HAWKINS LAW FIRM**
**ANTHONY D. IRPINO (#24727)**
**J. REED POOLE, JR. (#34034), T.A.**
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Email: rpoole@irpinolaw.com